AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*October 21, 2020*

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ELMER ROLANDO MANZANO | ) | Case No. **4:20mj2029** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 20, 2020__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) and 922(g)(5) | Felon in Possession of a Firearm and Alien in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Thomas Campbell, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/21/2020

*Judge's signature*

City and state: Houston, TX

Honorable Peter Bray
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Thomas Campbell, being duly sworn, do depose and state:

I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and have been since November 8, 2016. I am a Special Agent (SA) of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice. I graduated from the Federal Law Enforcement Training Center and the ATF National Academy in Glynco, Georgia. I am presently a member of ATF Houston Crime Gun Strike Force. As a Special Agent of the ATF, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal laws, particularly those laws found in Title 18 of the United States Code.

I have received additional law enforcement training at The Houston Police Department. I was employed by the Houston Police for three years. While at the Houston Police Department, I was assigned to Patrol Division. I am a graduate of The University of Houston Downtown with a Bachelor degree in Criminal Justice. I have received additional law enforcement from the United States Coast Guard. I served 6 years in the Coast Guard, where I was assigned to a Counter Narcotics-Terrorism unit. During my service in the Coast Guard, I graduated from the Maritime Law Enforcement Academy at Federal Law Enforcement Training Center, Charleston, South Carolina. My current assignment with the Houston Crime Gun Strike Force, involves the investigation of Robberies that affect interstate commerce (Hobbs Act), and violent criminals. I have used cooperating informants, undercover agents, pen register/trap and trace devices, video surveillance, wiretaps, OPS tracking devices, and audio surveillance, among other law enforcement techniques, in the course of my career with ATF.

The facts contained in this affidavit are based upon information provided to me by other law enforcement officers and witnesses. Since this affidavit is made for the limited purpose of supporting a Criminal Complaint, I have not set forth each and every fact learned during the course of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crimes charged. Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only.

On October 20, 2020, at approximately 9:30am, Officer I. Ulloa, a peace officer employed with the Houston Police Department, received a call regarding an officer involved shooting at 2626 Holly Hall, a location in Harris County, Texas, and within the Southern District of Texas. Ulloa went to the location with his partner Detective Brown and observed it to be a condominium apartment complex called Richmond Manor located at the corner of Holly Hall and El Rio. Ulloa was directed to condominium apartment #1103 in the complex. Affiant learned that when Ulloa arrived at Unit #1103 he observed it to be a condominium apartment with a green door and the number "1103" on the door frame. There is a green screen door attached to the front door and a surveillance camera

over the front door facing outwards towards the porch. Affiant learned there was a trail of blood leading up the sidewalk to the front door of condominium apartment #1103.

Affiant learned from HPD officers, that Officer V. Taylor and Officer C. Waller responded to a call at this location earlier today and met with Santos Hayde Mejia and her fourteen year old son. Affiant learned that Ms. Mejia told Officer Taylor that she and her son wanted to get some of their belongings from their condominium apartment #1103, and leave. Affiant learned that Officer Taylor went to #1103 and knocked on the door and Ms. Mejia's estranged husband, Elmer Rolando Manzano, refused to open the door. Affiant learned that Officer Taylor called for a supervisor and Sergeant Preston arrived at the location shortly thereafter. Affiant learned that Officer Waller, Sergeant Preston, Ms. Mejia and Jose Manzano went back to unit #1103 to try and request entry. Officer Taylor said that the suspect once again refused to open the door. Affiant learned Jose Manzano, Ms. Mejia's son, said that he had a key and he used it to unlock and open the door. Affiant learned that when the door was opened Officer Taylor heard the juvenile son say "He has a gun," and immediately there were gunshots fired from inside the apartment. Affiant learned that Sergeant Preston and Officer Waller were shot and that at least one of them returned fire. Affiant learned that Officer Taylor ran around the side of the unit and when the gunfire ceased, came back and saw that Sergeant Preston was down and the person who shot him had retreated back into #1103 and shut the door. Affiant was told that the juvenile son and Officer Waller had also been shot and transported to the hospital. Affiant learned from HPD SIU Detective Hartnett that HPD SWAT officers who placed Elmer Rolando Manzano in custody and cleared the apartment stated that there were no other males inside the apartment.

Affiant learned that Lt. R. Besseleman from HPD SWAT made the scene at 2626 Holly Hall #1103 on October 20, 2020, and that he was present when a Hispanic male, later identified as Elmer Manzano, came out of #1103 holding his arm which was injured. Affiant learned that the male had no firearms on his person. Lt. Besselman stated the male appeared to have been shot and was seen by HFD on scene and transported to the hospital.

Affiant learned from HPD officers that Lt. Hicks watched Officer Waller's body worn camera (BWC) footage and she observed Officer Waller approach the door of #1103 with the other officers, Ms. Mejia and her son. Lt. Hicks said that she observed the son open the door and then an arm come out and shoot Officer Waller, shoot the juvenile, and then shoot Sergeant Preston. Lt. Hicks said that she then heard about three more shots on the BWC, and then 45 seconds to a minute later she heard one more shot.

Affiant learned from HPD SIU that when HPD SWAT cleared the house, after arrest, two firearms were seen in clear view on the floor. After a search warrant was executed, two firearms were found to include a Ruger P89, 9mm handgun and a Colt .38 caliber revolver. Affiant learned from ATF Special Agent Taylor that neither weapon was manufactured in the State of Texas.

Affiant learned that on Ocotber 17, 2020, Ms. Santos Mejia went to the Houston Police Department, Southwest Division, and stated that Elmer Manzano has been acting aggressive and verbally abusive towards her. She stated he has a weapon and has brandished the weapon towards her but did not actually point it at her. Ms. Mejia stated she felt in fear for her life and is afraid that

Manzano will hurt her. She stated that Manzano also threatens to take their juvenile son away from her.

Affiant learned that on October 18, 2020, Ms. Santos Mejia called the Houston Police Department stating her ex-husband, Elmer Manzano, was walking around the house with a gun in his waist band and a silver badge on his hip. Affiant learned that Ms. Mejia stated that Manzano was brandishing the weapon in front of her and the children to intimate them from calling the police. Affiant learned that Ms. Mejia stated she was in fear for her life because she did not know what Manzano was going to do to her. Affiant learned that when HPD officers arrived, Manzano had a silver badge on his hip and six bullets in his left front pocket.

Affiant reviewed the criminal history of Elmer Rolando Manzano and found him to be a convicted felon having been convicted of Evading in a Motor Vehicle in 2002. Affiant spoke with HSI Special Agent Kayade Ereme, who stated that Elmer Rolando Manzano is an El Salvadorian National who has no legal status in the United States.

Based on the foregoing your Affiant believes there is probable cause to believe that on October 20, 2020, MANZANO knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, namely a Ruger P89, 9mm handgun and a Colt .38 caliber revolver which had been shipped and transported in interstate or foreign commerce.

Based on the foregoing your Affiant believes there is probable cause to believe that on October 20, 2020, MANZANO, knowing he was an alien who was illegally or unlawfully in the United States, knowingly possessed in and affecting commerce, a firearm, namely a Ruger P89, 9mm handgun and a .38 Colt revolver, which had been shipped and transported in interstate commerce or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 922(g)(5).

_____
Thomas Campbell, Special Agent ATF

Sworn to and subscribed before me
This 21st day of October 2020.

_____
Hon. Peter Bray
UNITED STATES MAGISTRATE JUDGE