# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### *Houston Division*

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | § | | |
| | § | | |
| **VS.** | § | **CR. NO. 4:20-CR-00563** | |
| | § | | |
| **ELMER ROLANDO MANZANO** | § | | |

---

### ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE

---

Came on to be considered this date, Defendant's Motion For Continuance and the Court is of the opinion that said motion is:

**GRANTED**          **DENIED**

SIGNED this the _____ day of _____, 2021.

_____

**JUDGE PRESIDING**