United States Courts
Southern District of Texas
FILED

NOV 20 2023

Nathan Ochsner, Clerk of Court

HOUSTON, TX
15-NOV-2023

ELMER MANZANO, #17212-50
FEDERAL DETENTION CENTER
P.O. BOX 526255
HOUSTON, TX
77052-6255
CASE No: 4:20-CR-563-1

ATTN: HONORABLE JUDGE KEITH P. ELLISON
515 RUSK AVE
HOUSTON, TX
77002

Dear Judge Ellison,

I am writing to you to inquire about the status of my case. I have been locked-up in federal custody for over 3 years and my last contact with my lawyer was over 5 months ago when he came to visit me here in FDC Houston after I got moved from GEO Joe Corley in May this year.

I have been trying to contact my lawyer via the Corrlinks messaging system that we have available on the computers here in FDC Houston, but I wasn't able to hear back from him and I don't have his phone number nor his mailing address.

Hoping to hear back from you soon. Thank you in advance and God bless you.

Respectfully,

Elmer Manzano

ELMER MANZANO

SENDER:
ELMER MANZANO, #17212-509
FEDERAL DETENTION CENTER
P.O. BOX 526255
HOUSTON, TX
77052-6255

NORTH HOUSTON TX 773
16 NOV 2023 PM 2 L

FOR:
HON. JUDGE KEITH P. ELLISON
515 RUSK AVE.
HOUSTON, TX
77002

United States Courts
Southern District of Texas
FILED
NOV 20 2023
Nathan Ochsner, Clerk of Court

LEGAL MAIL

77002-260441