United States District Court
Southern District of Texas
**ENTERED**
November 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | Criminal No. 4:20-cr-00563 |
| ELMER MANZANO, | § § | |
| Defendant. | § § | |

### PROPOSED ORDER FOR MENTAL HEALTH EXAMINATION AND HEARING FOR DETERMINATION OF WHETHER THE DEFENDANT IS COMPETENT TO STAND TRIAL

The Court, after considering the United States' Unopposed Motion for a Hearing to Determine Competency, is of the opinion that, pursuant to 18 U.S.C. §§ 4241(a) and (b), and 4247(b) and (c), there is reasonable cause to order the Defendant to undergo a psychiatric or psychological examination to determine his mental competency to stand trial. The Defendant, who is currently under the custody of the United States Marshals Service, shall remain under the custody of the Attorney General for the United States and be placed in a suitable facility to be examined by a licensed or certified psychiatrist or clinical psychologist employed at the facility for a period not to exceed ninety days, unless good cause is shown that additional time is necessary to observe and evaluate the Defendant. The examining psychiatrist or psychologist employed at the facility shall prepare a report pursuant to 18 U.S.C. § 4247(b) and (c).

The United States Marshal is hereby ORDERED to transport the Defendant to a suitable facility.

The Clerk shall send a copy of this Order to the Defendant's counsel and Counsel for the United States.

Done this ~~12~~ November of ~~October~~, 2024, at Houston, Texas.

_____
The Honorable Keith P. Ellison
United States District Judge