# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | **Criminal No. 4:20-cr-563** |
| § | |
| **ELMER ROLANDO MANZANO** § | |
| § | |
| **Defendant.** § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   United States Marshal, Southern District of Texas or any other duly authorized United States Marshal

TO:   Sheriff, Harris County Jail, 701 N. San Jacinto Street, Houston, Texas 77002

GREETINGS:

We command that you have **ELMER ROLANDO MANZANO, DOB: 11/05/1968, Texas State ID: 06615508, SSN: 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,** now duly committed to the custody of the United States Marshals, return him to the Sheriff of Harris County Jail, 701 N. San Jacinto Street, Houston, Texas 77002, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable United States Magistrate for the Southern District of Texas, and the seal of said Court in the City of Houston, Texas, on this _____ day of _____ 2025.

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| vs. § | Criminal No. 4:20-cr-563 |
| § | |
| ELMER ROLANDO MANZANO § § | |
| Defendant. § | |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Nicholas J. Ganjei, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **ELMER ROLANDO MAZANO, DOB:11/05/1968, Texas State ID: 06615508, SSN: 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,** duly committed to the United States Marshals.

Petitioner where he now stands duly committed by law further represents that the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, will release the defendant into the custody of the Sheriff of Harris County Jail, upon this Writ, with the agreement and understanding that after the state proceedings necessitated by the cause, he is to be returned by the said Sheriff of Harris County Jail into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any

other authorized United States Marshal, to return the body of the said defendant to the Sheriff of Harris County Jail.

        Respectfully submitted,

        NICHOLAS J. GANJEI
        United States Attorney

By: _____
        JILL JENKINS STOTTS
        Assistant United States Attorney
        1000 Louisiana, Suite 2300
        Houston, Texas 77002
        (713) 567-9000 Phone
        (713) 718-3300 Fax