Case 4:20-cr-00563   Document 52   Filed on 09/11/25 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
**FILED**
*September 11, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § § | **Criminal No. 4:20-cr-563** |
| **ELMER ROLANDO MANZANO** § § | |
| Defendant. § | |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Nicholas J. Ganjei, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **ELMER ROLANDO MAZANO, DOB:11/05/1968, Texas State ID: 06615508, SSN: 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,** duly committed to the United States Marshals.

Petitioner where he now stands duly committed by law further represents that the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, will release the defendant into the custody of the Sheriff of Harris County Jail, upon this Writ, with the agreement and understanding that after the state proceedings necessitated by the cause, he is to be returned by the said Sheriff of Harris County Jail into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any

other authorized United States Marshal, to return the body of the said defendant to the Sheriff of Harris County Jail.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

By: _____
JILL JENKINS STOTTS
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9000 Phone
(713) 718-3300 Fax