UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | Criminal No. 4:20-cr-563 |
| § | |
| ELMER ROLANDO MANZANO § | |
| § | |
| Defendant. § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: United States Marshal, Southern District of Texas or any other duly authorized United States Marshal

TO: Sheriff, Harris County Jail, 701 N. San Jacinto Street, Houston, Texas 77002

GREETINGS:

We command that you have **ELMER ROLANDO MANZANO, DOB: 11/05/1968, Texas State ID: 06615508, SSN: 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,** now duly committed to the custody of the United States Marshals, return him to the Sheriff of Harris County Jail, 701 N. San Jacinto Street, Houston, Texas 77002, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable United States Magistrate for the Southern District of Texas, and the seal of said Court in the City of Houston, Texas, on this 11th day of September 2025.

_____
UNITED STATES MAGISTRATE JUDGE